■ CAROL KURDZIEL, Individually and as Administratrix of the Estate of THOMAS R. KURDZIEL, Deceased, Appellant, v MERCY HOSPITAL et al., Respondents. BROWN & TARANTINO, Appellant. [668 NYS2d 974] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mintz, J. (Appeals from Order of Supreme Court, Erie County, Mintz, J.—Disqualification of Counsel.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ In the Matter of DIRK S. ADAMS, an Attorney, Resignor. [667 NYS2d 968] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

■ In the Matter of ROBERT F. BARNES, JR., an Attorney, Resignor. [667 NYS2d 968] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

■ In the Matter of JOSEPH F. BREIMAYER, an Attorney, Resignor. [667 NYS2d 968] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

■ In the Matter of JEAN S. FERLAZZO, an Attorney, Resignor. [667 NYS2d 968] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

■ In the Matter of CLIFFORD A. GESSNER, an Attorney, Resignor. [667 NYS2d 967] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83 [decided herewith]). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.